No. 86–509. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* GILLIARD ET AL.; and

No. 86–564. KIRK, SECRETARY, NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, ET AL. *v.* GILLIARD ET AL. Appeals from D. C. W. D. N. C. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

*Certiorari Granted*